**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF OKLAHOMA

Case number *(if known)* _____     Chapter     **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Speech Heart Services, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Thrive Pediatric Therapy Group** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-1411703** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
| | | **12309 S. May Ave.**<br>**Oklahoma City, OK 73170**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cleveland**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **thrivepediatrictherapyokc.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Speech Heart Services, LLC**                                          Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

Debtor    **Speech Heart Services, LLC**          Case number *(if known)* _____
Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | _____ | Relationship | _____ |
| | District | _____ When | _____ Case number, if known | _____ |

**11. Why is the case filed in *this district?***    *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Speech Heart Services, LLC**
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case number (*if known*)

| Debtor | **Speech Heart Services, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 12, 2023**
MM / DD / YYYY

**X** **/s/ Alex Yaffe**                              **Alex Yaffe**
Signature of authorized representative of debtor          Printed name

Title  **Managing Member of AKY Prestige Worldwide, LLC**

---

**18. Signature of attorney**

**X** **/s/ Tami J. Hines**                    Date  **May 12, 2023**
Signature of attorney for debtor                       MM / DD / YYYY

**Tami J. Hines**
Printed name

**Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.**
Firm name

**100 North Broadway**
**Suite 2900**
**Oklahoma City, OK 73102-8865**
Number, Street, City, State & ZIP Code

Contact phone  **(405) 553-2315**      Email address  **thines@hallestill.com**

**32014 OK**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Speech Heart Services, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF OKLAHOMA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 12, 2023**          *X* **/s/ Alex Yaffe**
                                                Signature of individual signing on behalf of debtor

                                                **Alex Yaffe**
                                                Printed name

                                                **Managing Member of AKY Prestige Worldwide, LLC**
                                                Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Speech Heart Services, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF OKLAHOMA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................................   $   0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................   $   806.86

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................................   $   806.86

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $   310,760.46

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $   0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$   138,368.31

4.   Total liabilities .........................................................................................................................
    Lines 2 + 3a + 3b                                                                                 $   449,128.77

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |

Debtor name  **Speech Heart Services, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF OKLAHOMA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property      12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Liberty** | **Checking** | **6627** | $806.86 |
| 3.2. | **BancFirst** | **Checking** | **3632** | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $806.86 |
| --- |

### Part 2:  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **One bank account at BancFirst.  The routing # is 1030036232 and the account # is 4346016480.** | Unknown |
| --- | --- | --- |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Speech Heart Services, LLC**
_____    Case number *(If known)* _____
Name

Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | $0.00 |
|----|---------------------|-------|
|    | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less: ___ 67,103.00 ___  -  ___ 67,103.00 ___ = ....   ___ $0.00 ___
face amount                    doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | $0.00 |
|-----|---------------------|-------|
|     | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|----------------------------------------|-----------------------------------|
| 39. **Office furniture**<br>**Lobby chairs, lobby tables, task chairs, kids tables and chairs, desks, PT table, shelving, high chairs, Charries chairs, storage shelving, refrigerator, microwave, breakroom table and chairs, sensory items, rugs, wall decor, parent chairs, changing table, changing mat, filing cabinets, lobby bench** | **$1,500.00** | | **Unknown** |

Debtor     **Speech Heart Services, LLC**                                    Case number *(If known)* _____
              Name

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and
     communication systems equipment and software**
     **TVs, computers, extra monitors, laptops,
     printers, , gym equipment, balls**                    Unknown                            Unknown

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                              | $0.00 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ☒ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2021 Tesla** | Unknown | | Unknown |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Play Analysis Equipment & Furniture located<br>at 11900 N. MacArthur Blvd., Oklahoma City,<br>OK 73162** | Unknown | | Unknown |
|---|---|---|---|
| **Handheld Audiometer located at 11900 N.<br>MacArthur Blvd., Oklahoma City, OK<br>73162-1801** | Unknown | | Unknown |
| **15 Lenovo 14W laptpops and 2 Canon printers<br>located at 11900 N. MacArthur Blvd.,<br>Oklahoma City, OK 73162-1801** | Unknown | | Unknown |

Debtor    **Speech Heart Services, LLC**                              Case number *(If known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| Description | | |
|---|---|---|
| **Play Analysis Equipment & Furniture located at 11900 N. MacArthur Blvd., Oklahoma City, OK 73162-1801** | **Unknown** | **Unknown** |
| **Custom Sensory Gym located at 14001 N. MacAuley, Suite 150, Oklahoma City, OK 73162-1801** | **Unknown** | **Unknown** |
| **Custom Sensory Gym located at 1111 Magnolia Court, Moore, OK 73160** | **Unknown** | **Unknown** |

51.  **Total of Part 8.**                                                                      **$0.00**

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Lease of office building located at 14001 N. MacAuley, Oklahoma City, OK 73134** | | **Unknown** | | **Unknown** |
| 55.2. **Lease of office buiding located at 1111 Magnolia Court Building 101, Moore, Oklahoma** | | **Unknown** | | **Unknown** |

56.  **Total of Part 9.**                                                                      **$0.00**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

| Debtor | **Speech Heart Services, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

�� No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Speech Heart Services, LLC**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $806.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $806.86 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $806.86 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Speech Heart Services, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1** **First Electronic Bank**
Creditor's Name

**Attn: Bankruptcy Notice
2150 S. 1300 E. Ste. 400
Salt Lake City, UT 84106**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                    Column A: **Unknown**    Column B: **Unknown**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** **LoanBuilder A PayPal Service Loan**
Creditor's Name

**c/o Swift Financial LLC
Attn: Bankruptcy Notice
3505 Silverside Rd.
Wilmington, DE 19810**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien                    Column A: **$13,189.69**    Column B: **$13,189.69**
**Accounts receivable and all other business assets**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor   **Speech Heart Services, LLC**                                    Case number (if known) _____
         Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Small Business Financial Solutions** | **Describe debtor's property that is subject to a lien** | $59,070.77 | $59,070.77 |
|---|---|---|---|---|

Creditor's Name

**dba Rapid Finance
4500 East West Highway,
6th Floor
Bethesda, MD 20814**

Creditor's mailing address

**Accounts receivable and all other business assets**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Stearns Equipment Financing** | **Describe debtor's property that is subject to a lien** | $143,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Stearns Bank, N.A.
Attn: Bankruptcy Notices
500 13th Street, P.O. Box 750
Albany, MN 56307**

Creditor's mailing address

**Equipment and furniture**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **The Business Backer** | **Describe debtor's property that is subject to a lien** | $95,500.00 | $95,500.00 |
|---|---|---|---|---|

Debtor    **Speech Heart Services, LLC**                                    Case number (if known) _____
_____
Name

| Creditor's Name | **Accounts receivable and all other business assets** |
|---|---|
| **Attn:  Bankruptcy Notices 10856 Reed Hartman Highway, Suite 100 Cincinnati, OH 45242** | |
| Creditor's mailing address | **Describe the lien** |
| | _____ |
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $310,760.46 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>Speech Heart Services, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF OKLAHOMA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**Aflac**
**1932 Wynnton Road**
**Columbus, GA 31999**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: Unknown**

---

**3.2** | Nonpriority creditor's name and mailing address
**AKY Prestige Worldwide, LLC**
**12309 S. May Ave.**
**Oklahoma City, OK 73170**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: $0.00**

---

**3.3** | Nonpriority creditor's name and mailing address
**American Express**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: $13,557.00**

---

**3.4** | Nonpriority creditor's name and mailing address
**Anthony Dyer**
**9029 NW 83rd Street**
**Yukon, OK 73099**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Purchase Agreement**

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: Unknown**

| Debtor | **Speech Heart Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AT&T**
**P. O. Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Phone Service</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Beam Insurance Services, Inc.**
**c/o Corporate Service Company**
**251 Little Falls Drive**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Insurance</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charlie Andrews**
**2021 S. Luther Road**
**Harrah, OK 73045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Purchase Agreement</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**De Lage Landen Financial Services, Inc.**
**c/o The Prentice-Hall Corporation System**
**251 Little Falls Drive**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dena Jenkins**
**16796 SE 26th Place**
**Choctaw, OK 73020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Purchase Agreement</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,916.65** |
|---|---|---|---|

**EBF Holdings LLC**
**dba Everest Business Funding**
**Ariel Bouskila, Esq.**
**1545 US 2020, Suite 101**
**Pomona, NY 10970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade debt</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,223.47** |
|---|---|---|---|

**FundBox, Inc. d/b/a FundBox**
**300 Montgomery St., Suite 900**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade debt</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Speech Heart Services, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Guideline**
**1412 Chapin Ave.**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,289.02 |
|---|---|---|---|

**Headway Capital**
**Attn:  Bankruptcy Notices**
**175 W. Jackson Blvd., Suite 1000**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**P. O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Jamie Andrews**
**2021 S. Luther Road**
**Harrah, OK 73045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Purchase Agreement

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,846.87 |
|---|---|---|---|

**JPMorgan Chase Bank N.A.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Credit card purchases

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Kalin Dyer**
**9029 NW 83rd Street**
**Yukon, OK 73099**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Purchase Agreement

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Lifeguard Security Systems**
**Attn:  Bankruptcy Notice**
**138805 Agate Dr.**
**Yukon, OK 73099**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Security System

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Speech Heart Services, LLC**
_____     Case number (if known) _____
Name

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35.30 |

**Nextive**
**Attn:  Bankruptcy Notice**
**9451 East Via de Ventura**
**Scottsdale, AZ 85256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Fax Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Parkside Funding Group, LLC**
**c/o Law Offices of Steven Zakharyayev**
**10 W 37th St., Rm. 602**
**New York, NY 10018-7473**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Preston Jenkins**
**16796 SE 26th Place**
**Choctaw, OK 73020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Purchase Agreement__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rachel Wilson**
**628 SW 159th Street**
**Oklahoma City, OK 73170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Purhcase Agreement__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rebecca Terrell**
**416 SW 32nd Street**
**Moore, OK 73160**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Purchase Agreement__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Riteway Shredding**
**c/o Ed Hale**
**2851 Black Locust Court**
**Norman, OK 73071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tayne Law Group, P.C.**
**ttn:  Leslie H. Tayne, Esq.**
**135 Pinelawn Road, Suite 250N**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Legal Fees__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Speech Heart Services, LLC**
Name                                    Case number *(if known)* _____

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **The Guardian Life Insurance Company**<br>**c/o Melissa DeKoven**<br>**2710 Gateway Oaks Drive, Suite 150N**<br>**Sacramento, CA 95833-3505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,500.00** |
|---|---|---|---|
| | **Zahav Asset Management LLC**<br>**c/o Israel D. Weinstein**<br>**499 Chestnut Street, Suite 213**<br>**Cedarhurst, NY 11516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Settlement_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 138,368.31 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 138,368.31 |

**Fill in this information to identify the case:**

Debtor name     **Speech Heart Services, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest     **Relates to 14001 LN. MacAuley, Oklahoma City, OK**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hilltop Plaza, LLC**<br>**Attn:  Fred Mazaheri**<br>**3000 West Memorial Road**<br>**Suite 225**<br>**Oklahoma City, OK 73120** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest     **Relates to 1111 Magnolia Building, 101**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Landmark-ROI, LLC**<br>**2900 Washington**<br>**Norman, OK 73069** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Speech Heart Services, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF OKLAHOMA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Kalin Dyer** | **9029 NW 83rd Street Yukon, OK 73099** | **LoanBuilder A PayPal Service Loan** | ☑ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Kalin Dyer** | **9029 NW 83rd Street Yukon, OK 73099** | **Small Business Financial Solutions** | ☑ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Kalin Dyer** | **9029 NW 83rd Street Yukon, OK 73099** | **Lifeguard Security Systems** | ☐ D _____<br>☑ E/F __3.18__<br>☐ G _____ |
| 2.4 | **Kalin Dyer** | **9029 NW 83rd Street Yukon, OK 73099** | **American Express** | ☐ D _____<br>☑ E/F __3.3__<br>☐ G _____ |
| 2.5 | **Kalin Dyer** | **9029 NW 83rd Street Yukon, OK 73099** | **The Business Backer** | ☑ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Speech Heart Services, LLC**                                    Case number *(if known)* _____

---

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Kalin Dyer** 9029 NW 83rd Street Yukon, OK 73099 | **JPMorgan Chase Bank N.A.** | ☐ D _____ ■ E/F __3.16__ ☐ G _____ |
| 2.7 | **Kalin Dyer** 9029 NW 83rd Street Yukon, OK 73099 | **Headway Capital** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.8 | **Kalin Dyer** 9029 NW 83rd Street Yukon, OK 73099 | **First Electronic Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Kalin Dyer** 9029 NW 83rd Street Yukon, OK 73099 | **EBF Holdings LLC** | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.10 | **Kalin Dyer** 9029 NW 83rd Street Yukon, OK 73099 | **Parkside Funding Group, LLC** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.11 | **Kalin Dyer** 9029 NW 83rd Street Yukon, OK 73099 | **Stearns Equipment Financing** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.12 | **Kalin Dyer** 9029 NW 83rd Street Yukon, OK 73099 | **Zahav Asset Management LLC** | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.13 | **Kalin Dyer** 9029 NW 83rd Street Yukon, OK 73099 | **Landmark-ROI, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.2__ |

---

Debtor    **Speech Heart Services, LLC**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
| --- | --- |

---

**Fill in this information to identify the case:**

Debtor name    **Speech Heart Services, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1.  **Kalin Dyer** **9029 NW 83rd Street** **Yukon, OK 73099** **Prior owner** | **Sometime in early 2023** | **$60,000.00** | **Unknown, but recently discovered, Ms. Dyer took a 2021 Tesla that belonged to the Debtor.** |

Debtor    **Speech Heart Services, LLC**                          Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Kalin Dyer**<br>**9029 NW 83rd Street**<br>**Yukon, OK 73099**<br>**Prior Owner** | | **Unknown** | |
| 4.3. **Excelerate Academy, LLC** | | **Unknown** | |
| 4.4. **Anthony Dyer**<br>**9029 NW 83rd Street**<br>**Yukon, OK 73099**<br>**Prior owner's husband** | | **Unknown** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<h3>Part 3:    Legal Actions or Assignments</h3>

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Amex v. SHS/Dyer**<br>**CS-2023-11** | **Collection** | **Canadian County District Court**<br>**301 N. Choctaw St.**<br>**P. O. Box 730**<br>**El Reno, OK 73036** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **AKY Prestige Worldwide LLC v. Excelerate Academy, LLC, et al.**<br>**CJ-2023-490** | **Breach of Contract** | **Cleveland County District Court**<br>**200 South Peters Avenue**<br>**Norman, OK 73069** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

<h3>Part 4:    Certain Gifts and Charitable Contributions</h3>

Debtor     **Speech Heart Services, LLC**                                    Case number *(if known)*

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
|  |  |  |  |

| Part 5: | Certain Losses |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Tayne Law Group**<br>**135 Pinelawn Road**<br>**Melville, NY 11747** |  | **9/22-2/23** | **Unknown** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
|  |  |  |  |

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
|  |  |  |  |

| Part 7: | Previous Locations |
|---|---|

| Debtor | Speech Heart Services, LLC | Case number *(if known)* | |
|---|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Speech Heart Therapy Services, LLC 14001 N. McAuley Blvd. Suite 150 Oklahoma City, OK 73130 | **Pediatric Speech and Occupational Therapy** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |
| 15.2. | Speech Heart Services, LLC 1111 Magnolia Ct. Building 100 Oklahoma City, OK 73162 | **Pediatric Speech & Occupational Therapy** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**HIPPA protected patient information.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Speech Heart Services, LLC**_____    Case number *(if known)*_____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Guideline**<br>**1412 Chapin Ave.**<br>**Burlingame, CA 94010** | **XXXX-601F** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **401k Accounts** | **Transferred March 2023** | **$59,732.07** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor **Speech Heart Services, LLC** _____    Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Carl A. Gibson** **Carric Tax & Financial** **14018 N. Western Avenue** **Edmond, OK 73013** | |
| 26a.2.  **Talia English** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

Debtor    **Speech Heart Services, LLC**                                      Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Kalin Dyer**<br>**9029 NW 83rd Street**<br>**Yukon, OK 73099** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alex Yaffe | AKY Prestige Worldwide LLC<br>12309 S. May Avenue<br>Oklahoma City, OK 73170 | Member/Manager | 40% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Don Grunden | AKY Prestige Worldwide LLC<br>12309 S. May Avenue<br>Oklahoma City, OK 73170 | Member | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Angela Yaffe | AKY Prestige Worldwide LLC<br>12309 S. May Avenue<br>Oklahoma City, OK 73170 | Member | 40% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kalin Dyer | 9029 NW 83rd Street<br>Yukon, OK 73099 | | 5 years |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anthony Dyer | 9029 NW 83rd Street<br>Yukon, OK 73099 | | 1 year |

Debtor **Speech Heart Services, LLC**                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Rebecca Terrell | 416 SW 32nd Street<br>Moore, OK 73160 | | 1 year |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dena Jenkins | 16796 SE 26th Place<br>Choctaw, OK 73020 | | 1 year |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Preston Jenkins | 16796 SE 26th Place<br>Choctaw, OK 73020 | | 1 year |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jamie Andrews | 2021 S. Luther Road<br>Harrah, OK 73045 | | 1 year |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Charlie Andrews | 2021 S. Luther Road<br>Harrah, OK 73045 | | 1 year |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Rachel Wilson | 628 SW 159th Street<br>Oklahoma City, OK 73170 | | 1 year |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Kalin Dyer**<br>9029 NW 83rd Street<br>Yukon, OK 73099 | **$60,000** | **Sometime in early 2023** | |
| | **Relationship to debtor**<br>**Prior owner** | | | |
| 30.2. | **Excelerate Academy** | | | |
| | **Relationship to debtor** | | | |

Debtor    **Speech Heart Services, LLC**          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Anthony Dyer**<br>**9029 NW 83rd Street**<br>**Yukon, OK 73099** | | | |
| | **Relationship to debtor**<br>**Prior owner's husband** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 12, 2023**

**/s/ Alex Yaffe**                                                **Alex Yaffe**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member of AKY Prestige**
**Worldwide, LLC**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Oklahoma

In re  **Speech Heart Services, LLC** _____  Case No. _____

                                        Debtor(s)                    Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify):    **AKY MD LLC**

3.  The source of compensation to be paid to me is:

    ☐ Debtor        ■ Other (specify):    **AKY MD LLC**

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **May 12, 2023** _____ | **/s/ Tami J. Hines** _____ |
| *Date* | **Tami J. Hines** |
| | *Signature of Attorney* |
| | **Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.** |
| | **100 North Broadway** |
| | **Suite 2900** |
| | **Oklahoma City, OK 73102-8865** |
| | **(405) 553-2315  Fax: (405) 553-2855** |
| | **thines@hallestill.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Western District of Oklahoma

In re   **Speech Heart Services, LLC** _____     Case No. _____
                                    Debtor(s)                          Chapter     **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the  Managing Member of AKY Prestige Worldwide, LLC of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 12, 2023** _____          **/s/ Alex Yaffe** _____
                                                          **Alex Yaffe/ Managing Member of AKY Prestige Worldwide, LLC**
                                                          Signer/Title

AFLAC
1932 WYNNTON ROAD
COLUMBUS GA 31999


AKY PRESTIGE WORLDWIDE, LLC
12309 S. MAY AVE.
OKLAHOMA CITY OK 73170


AMERICAN EXPRESS


ANTHONY DYER
9029 NW 83RD STREET
YUKON OK 73099


AT&T
P. O. BOX 5014
CAROL STREAM IL 60197-5014


BEAM INSURANCE SERVICES, INC.
C/O CORPORATE SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808


CHARLIE ANDREWS
2021 S. LUTHER ROAD
HARRAH OK 73045


DE LAGE LANDEN FINANCIAL SERVICES, INC.
C/O THE PRENTICE-HALL CORPORATION SYSTEM
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808


DENA JENKINS
16796 SE 26TH PLACE
CHOCTAW OK 73020

```
EBF HOLDINGS LLC
DBA EVEREST BUSINESS FUNDING
ARIEL BOUSKILA, ESQ.
1545 US 2020, SUITE 101
POMONA NY 10970


FIRST ELECTRONIC BANK
ATTN: BANKRUPTCY NOTICE
2150 S. 1300 E. STE. 400
SALT LAKE CITY UT 84106


FUNDBOX, INC. D/B/A FUNDBOX
300 MONTGOMERY ST., SUITE 900
SAN FRANCISCO CA 94104


GUIDELINE
1412 CHAPIN AVE.
BURLINGAME CA 94010


HEADWAY CAPITAL
ATTN: BANKRUPTCY NOTICES
175 W. JACKSON BLVD., SUITE 1000
CHICAGO IL 60604


HILLTOP PLAZA, LLC
ATTN: FRED MAZAHERI
3000 WEST MEMORIAL ROAD
SUITE 225
OKLAHOMA CITY OK 73120


INTERNAL REVENUE SERVICE
P. O. BOX 7346
PHILADELPHIA PA 19101-7346


JAMIE ANDREWS
2021 S. LUTHER ROAD
HARRAH OK 73045
```

JPMORGAN CHASE BANK N.A.

KALIN DYER
9029 NW 83RD STREET
YUKON OK 73099

LANDMARK-ROI, LLC
2900 WASHINGTON
NORMAN OK 73069

LIFEGUARD SECURITY SYSTEMS
ATTN: BANKRUPTCY NOTICE
138805 AGATE DR.
YUKON OK 73099

LOANBUILDER A PAYPAL SERVICE LOAN
C/O SWIFT FINANCIAL LLC
ATTN: BANKRUPTCY NOTICE
3505 SILVERSIDE RD.
WILMINGTON DE 19810

NEXTIVE
ATTN: BANKRUPTCY NOTICE
9451 EAST VIA DE VENTURA
SCOTTSDALE AZ 85256

PARKSIDE FUNDING GROUP, LLC
C/O LAW OFFICES OF STEVEN ZAKHARYAYEV
10 W 37TH ST., RM. 602
NEW YORK NY 10018-7473

PRESTON JENKINS
16796 SE 26TH PLACE
CHOCTAW OK 73020

RACHEL WILSON
628 SW 159TH STREET
OKLAHOMA CITY OK 73170

REBECCA TERRELL
416 SW 32ND STREET
MOORE OK 73160


RITEWAY SHREDDING
C/O ED HALE
2851 BLACK LOCUST COURT
NORMAN OK 73071


SMALL BUSINESS FINANCIAL SOLUTIONS
DBA RAPID FINANCE
4500 EAST WEST HIGHWAY, 6TH FLOOR
BETHESDA MD 20814


STEARNS EQUIPMENT FINANCING
STEARNS BANK, N.A.
ATTN: BANKRUPTCY NOTICES
500 13TH STREET, P.O. BOX 750
ALBANY MN 56307


TAYNE LAW GROUP, P.C.
TTN: LESLIE H. TAYNE, ESQ.
135 PINELAWN ROAD, SUITE 250N
MELVILLE NY 11747


THE BUSINESS BACKER
ATTN: BANKRUPTCY NOTICES
10856 REED HARTMAN HIGHWAY, SUITE 100
CINCINNATI OH 45242


THE GUARDIAN LIFE INSURANCE COMPANY
C/O MELISSA DEKOVEN
2710 GATEWAY OAKS DRIVE, SUITE 150N
SACRAMENTO CA 95833-3505


ZAHAV ASSET MANAGEMENT LLC
C/O ISRAEL D. WEINSTEIN
499 CHESTNUT STREET, SUITE 213
CEDARHURST NY 11516

# United States Bankruptcy Court
## Western District of Oklahoma

In re    **Speech Heart Services, LLC**  _____     Case No.  _____
                                   Debtor(s)                           Chapter    **7**  _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Speech Heart Services, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 12, 2023**  _____          **/s/ Tami J. Hines**  _____
Date                                                    **Tami J. Hines**
                                                        Signature of Attorney or Litigant
                                                        Counsel for   **Speech Heart Services, LLC**  _____
                                                        **Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.**
                                                        **100 North Broadway**
                                                        **Suite 2900**
                                                        **Oklahoma City, OK 73102-8865**
                                                        **(405) 553-2315 Fax:(405) 553-2855**
                                                        **thines@hallestill.com**